# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s):** 20-55846

**Case Name:** Gregorini v. Apple Inc., et al.

**Counsel submitting this form:** David Erikson, Erikson Law Group

**Represented party/parties:** Francesca Gregorini

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff alleges that Defendants' television series Servant infringes the copyright of her 2013 feature film The Truth about Emanuel.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  1  Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

The trial court granted Defendants' motion to dismiss on the ground that the works are not substantially similar, as a matter of law. Plaintiff has appealed the resulting judgment. Here, Plaintiff appeals the further award of attorneys' fees to Defendants.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There is a separate appeal of the court's dismissal (case 20-55664)

**Signature** s/David Erikson   **Date** 8/26/2020

*(use "*s/[typed name]*" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 7**     *2*     *Rev. 12/01/2018*