# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 20-55664 (L); 20-55846

**Case Name** | Francesca Gregorini v Apple Inc. et al.

**Requesting Party Name(s)** | Francesca Gregorini

**I am:**
- ○ The party requesting the extension.
- ⦿ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other (*you **must** describe the document*)

**The requested new due date is:** Jul 6, 2021

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

I am lead counsel for Appellant and have already begun drafting the reply brief. I was just diagnosed with colorectal cancer that will require chemotherapy and radiation that will begin immediately. In light of the cancer diagnosis and treatment I will be undergoing I have requested a three month extension from opposing counsel who has graciously granted that request.

**Signature** | s/[David Erikson]     **Date** | March 16, 2021

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**                                    1                              *New 12/01/2018*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my _____ request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: _____ .

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** _____  **Date** _____
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**          2          *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the  Reply  brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: March 31, 2021

3. The brief's first due date was: March 1, 2021

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Lead counsel for Appellant has been diagnosed with colorectal cancer that will require chemotherapy and radiation treatment that will begin immediately. Opposing counsel has agreed to a three month extension for the reply brief in order to allow counsel time to undergo treatment.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/[David Erikson]   **Date** March 16, 2021
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**　　　　　　　　　　　　　3　　　　　　　　　　　　　New 12/01/2018